IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT J. ARTIS,

    Plaintiff,

v.

LARRY PRIMMER, et al.

    Defendants.

ORDER

Case No. 23-cv-241-wmc

On April 18, 2023, this court entered an order directing plaintiff Robert J. Artis to submit by May 9, 2023, the $402 filing fee or a properly supported motion for leave to proceed without prepayment of the filing fee. Now plaintiff has filed a motion to use release account funds to pay the entire fee for filing this case. However, with the exception of initial partial payments, federal courts lack the authority to tell state officials whether and to what extent a prisoner should be able to withdraw money from a release account. Therefore, plaintiff cannot use the release account funds to pay the entire filing fee.

ORDER

IT IS ORDERED that,

1. Plaintiff Robert J. Artis's motion for use of release account funds to pay the entire filing fee in this case is DENIED.

2. Plaintiff's motion for extension of time is GRANTED. Plaintiff may have until May 22, 2023, to submit the $402 filing fee or a motion for leave to proceed without prepayment and a trust fund account statement for the period beginning approximately

October 18, 2022 and ending approximately April 18, 2023. If by May 22, 2023, plaintiff fails to response to this order or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff filing at a later date.

    Entered this 24th day of April, 2023.

                BY THE COURT:

                /s/
                ANDREW R. WISEMAN
                United States Magistrate Judge